STATE, EX REL. SAM. FINKEL, v. TOWN OF IRVINGTON
AND GEORGE F. SCHMITT, BUILDING SUPERINTEND-
ENT.

Decided May 17, 1927.

**Zoning—Stores and Apartments in Residence Territory—Case
Within Rule in Nutley Case.**

On *mandamus.*

Before GUMMERE, CHIEF JUSTICE, and Justice TREN-
CHARD.

For the relator, *Maurice J. Zucker.*

For the respondents, *Charles H. Stewart.*

PER CURIAM.

The relator is the owner of a tract of land fronting on
Myrtle avenue, in the town of Irvington. He applied to
the building superintendent of the town for a permit author-
izing him to erect upon this plot a building to be used for
stores on the first floor and apartments on the second floor.
His application was refused upon the sole ground that the
erection of such a building in that locality was prohibited
by the zoning ordinance of the town. The relator there-
upon applied for and obtained an alternative writ of *man-
damus,* calling upon the respondents to issue to the relator
the permit requested or to show good cause to the contrary
thereof. In making return to the writ, the respondents made
no attempt to justify the refusal of the building superin-
tendent upon any other ground than that the ordinance of
the town prohibited the erection of such a building upon the
relator's property.

The case thus presented is identical in its legal essence with
that of *State* v. *Nutley,* 99 *N. J. L.* 389. As the decision of

the case cited was by the Court of Errors and Appeals, it is controlling upon us.

A peremptory writ will be awarded to the relator, together with costs of suit.